### 43669. TEXACO, INC. v. HURT.

BELL, Presiding Judge. This case is controlled by *Texaco, Inc. v. Hurt,* 118 Ga. App. 413.

*Judgment reversed. Hall and Quillian, JJ., concur.*

ARGUED MAY 7, 1968—DECIDED SEPTEMBER 30, 1968.

*Lipshutz, Macey, Zusmann & Sikes, John M. Sikes, Jr., Bartow Cowden, III,* for appellant.

*Cochran, Camp, Chalker, Snipes & Jose, J. A. Cochran,* for appellee.